SIDNEY M. WOLINSKY (CA BAR NO. 33716) (swolinsky@dralegal.org)
MARY-LEE K. SMITH (CA BAR NO. 239086) (msmith@dralegal.org)
ZOE CHERNICOFF (CA BAR NO. 274545) (zchernicoff@dralegal.org)
KARA JANSSEN (CA BAR NO. 274762) (kjanssen@dralegal.org)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

HERNAN VERA (CA BAR NO. 175149) (hvera@publiccounsel.org)
LAURA FAER (CA BAR NO. 233846) (lfaer@publiccounsel.org)
PUBLIC COUNSEL
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 529-3419
Facsimile: (213) 385-9089

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONTRA COSTA COUNTY,<br><br>  Plaintiff,<br><br>v.<br><br>CICI C., EDUCATIONAL RIGHTS HOLDER, ON BEHALF OF W.B.,<br><br>  Defendant. | **Case No. C 14-00269 MEJ**<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT'S AMENDED STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  **[PROPOSED] ORDER**

2  WHEREFORE, this Court having considered Defendant's Amended Stipulated

3  Administrative Motion To File Under Seal, and the supporting Declaration, and good cause

4  appearing,

5  IT IS THEREFORE ORDERED that the transcript of the administrative record

6  Defendant filed pursuant to N.D. Cal. Civ. L.R. 16-5 shall be filed under seal.

8  IT IS SO ORDERED.

10  DATED: __May 19__, 2014    _____
11  THE HONORABLE MARIA-ELENA JAMES
    United States Magistrate Judge